DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 317PA14-2 | State v. Rodney Nigee Pledger Taylor | Def's PDR Under N.C.G.S. § 7A-31 (COA14-21-2) | Denied |
|---|---|---|---|
| 317P16 | State v. Ronald Thompson Corbett | Def's *Pro Se* Motion for Writ of Prohibition | Dismissed **09/12/2016** |
| 318P16 | In the Matter of the Foreclosure of a Deed of Trust Executed by Donald R. Bagwell and Sylvia J. Bagwell Dated February 26, 2003 and Recorded in Book 2910 at Page 533 in the Orange County Public Registry, North Carolina, et al. | 1. Petitioner's (Donald R. Bagwell) *Pro Se* Motion for Writ of Prohibition and/or Temporary Restraining Order<br><br>2. Petitioner's (Donald R. Bagwell) *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed **08/30/2016**<br><br>2. Dismissed **08/30/2016** |
| 318P16-2 | In the Matter of the Foreclosure of a Deed of Trust Executed by Donald R. Bagwell and Sylvia J. Bagwell Dated February 26, 2003 and Recorded in Book 2910 at Page 533 in the Orange County Public Registry, North Carolina, et al. | 1. Petitioner's *Pro Se* Motion for Writ of Prohibition and/or Temporary Restraining Order<br><br>2. Petitioner's *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed **09/08/2016**<br><br>2. Dismissed **09/08/2016** |
| 319P16 | James E. Price v. Larry Smith, Interim Chief of Police, Durham Police Department, and Michael D. Andrews, Sheriff of Durham County, North Carolina | 1. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Durham County (COAP16-290)<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied **08/29/2016**<br><br>2. Allowed **08/29/2016** |
| 323P16 | Danielle Star Maldonado-Reynolds v. Frank L. Perry, Secretary, N.C. Department of Public Safety | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed **09/01/2016** |